# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2003

Michael N. Milby
Clerk of Court

|  |  |  |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| ISMAEL LOZANO, GERALD MANTHEY | § | CIVIL ACTION B-03-094 |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | B-03-198 |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | |
| SANDOVAL, ERIC SOLIS and DUAINE | § | |
| WOHLERS | § | |
| Defendants. | § | |

## PLAINTIFF, DIRECTV, INC.'S RESPONSE TO DEFENDANT'S, GEORGE RAMIREZ, MOTION TO DISMISS

NOW COMES, Plaintiff, DIRECTV, Inc. ("DIRECTV"), and files this Response to Defendant, George Ramirez's ("Ramirez") Motion to Dismiss DIRECTV's claims for failure to state a claim upon which relief may be granted, and for cause would show the Court:

### A. REPONSE TO MOTION TO DISMISS

1.     Plaintiff, DIRECTV, Inc., has adequately pled a cause of action against Ramirez for violation of a federal communication protection statute, 18 U.S.C. §2512. This Response is based on the pleadings on file with the Court and the Memorandum in Support filed contemporaneously with this Response and which is hereby incorporated by reference.

2.     As DIRECTV has adequately pled causes of action against Ramirez, and a civil cause of action exists against Ramirez under 18 U.S.C. § 2512, Plaintiff, DIRECTV, Inc., respectfully requests that Ramirez's Motion to Dismiss be denied in its entirety.

THIS COPY I CERTIFY
N. MILBY, CLERK

-1-

## B. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, DIRECTV, Inc., respectfully

prays that the Court deny Defendant, George Ramirez's Motion to Dismiss.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, L.L.P.

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Ricardo Adobbati
Attorney & Counselor At Law
134 E. Price Road
Brownsville, Tx 78521
Attorney for Defendants, George Ramirez and Klaus Meyer

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the _____ 8th _____ day of July, 2003.


Lecia L. Chaney

-3-