COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Pinales |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | September 17, 2003 at 2:00 p.m. |

United States District Court
Southern District of Texas
FILED

SEP 17 '03

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-94          B-03-198

DIRECTV, INC.                *          Lecia Chaney

vs                           *

Ismael Lozano et al          *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Carlos Masso present Pro Se;
Ricardo Adobbati present for defendants Klaus Meyer and George Ramirez;
Ricardo Adobbati states he was hired today to represent defendant Pedro Sandoval;
No other defendants are present;

Ms Chaney provides a status as to each defendant;

The Court voices a concern for the defendants who have not been served;
The Court sets Motion Hearings for 09/29/03 at 9:00 a.m.; (for defendant Carlos Masso)
The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.

A COPY I CERTIFY
M. MILBY, CLERK

1:03cv94 #28         Page 1/1