| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

DIRECTV, INC. §

VS § CIVIL ACTION NO. B-03-094 ~~(Judge Tagle)~~ 636(c)

ISMAEL LOZANO ET AL §

B-03-198

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: __3__ days.  ☐ Bench  ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to newparties*

3. The plaintiff(s)' experts will be named with a report furnished by:   12/01/03

A
4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   12/15/03

5. Discovery must be completed by:   02/02/04
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************  The court will provide these dates.  ********************

6. Dispositive Motions will be filed by:   02/02/04

7. Joint pretrial order is due:   02/17/04
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge ~~Tagle~~ Recio is set for ~~1:30~~ p.m. on:   04/01/04
   2:00

9. The jury selection before Judge ~~Tagle~~ Recio is set for 9:00 a.m. on:   04/05/04

The case will remain on standby until tried.

Signed ____OCTOBER 31, 2003____, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge