UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, INC.<br>Plaintiff, | §<br>§<br>§ |
| v. | § CIV. NO. B-03-198<br>§ (636(c)) |
| GEORGE RAMIREZ,<br>Defendant. | §<br>§<br>§ |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

Currently pending before the Court is Defendant's Motion to Dismiss Count III of the Plaintiff's complaint (Docket No. 4). The Defendant's Motion to Dismiss is hereby DENIED WITHOUT PREJUDICE. The Defendant will be granted leave to refile his motion at a future stage of these proceedings, if he so desires.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 18th day of November, 2003.

Felix Recio
United States Magistrate Judge