United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

3-cv-00198    Document 17    Filed in TXSD on 06/22/2004    Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 2 2 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| **DIRECTV, INC.,** §<br>§<br>**Plaintiff,** §<br>§<br>**v.** §<br>§<br>**GEORGE RAMIREZ,** §<br>§<br>**Defendant.** §<br>§ | **No. CIV. B-03-198**<br>**(636(c))** |

### ORDER GRANTING
### MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against **GEORGE RAMIREZ** and requested that Plaintiff's claims against Defendant **GEORGE RAMIREZ** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **GEORGE RAMIREZ** is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 22d day of June, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING